

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2015

No. 04-15-00508-CR

Jose B. **SAUCEDA,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2005CR1255
Honorable Mary D. Roman, Judge Presiding

# O R D E R

On August 27, 2015, appellant's appointed counsel filed a "Motion to Abate Appeal," in which counsel expressed concern that appellant may not have a right to appeal despite the trial court's certification that this "is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal[.]" On September 1, 2015, we granted the motion and abated the cause to the trial court to reconsider the accuracy of its certification of appellant's right of appeal and enter an amended certification if necessary.

On September 18, 2015, the trial court filed a supplemental clerk's record containing and amended certification of appellant's right of appeal. This certificate states this "is a plea-bargain case, and the defendant has NO right of appeal." *See* TEX. R. APP. P. 25.2(a)(2). The clerk's record contains a written plea bargain, and the punishment assessed did not exceed the punishment recommended by the prosecutor and agreed to by appellant; therefore, the trial court's certification accurately reflects that appellant's case is a plea bargain case and appellant does not have a right of appeal. *See* TEX. R. APP. P. 25.2(a)(2).

It is therefore ORDERED this appeal will be dismissed pursuant to Texas Rule of Appellate Procedure 25.2(d), unless an amended trial court certification that shows appellant has the right of appeal has been made part of the appellate record by **October 12, 2015**. *See Daniels v. State*, 110 S.W.3d 174 (Tex. App.—San Antonio 2003, order); TEX. R. APP. P. 25.2(d); 37.1.

All other appellate deadlines remain SUSPENDED pending our resolution of the certification issue.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court